```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

**SHARON PIMENTO, on behalf of**
**CHANTEL ROBINSON,**

      Plaintiff,

  vs.                              Civil Action 2:09-CV-716
                                      Judge Frost
                                      Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.


<u>ORDER</u>

On July 23, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed and that this action be dismissed. *Report and Recommendation,* Doc. No. 19. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. *Id.* There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner is **AFFIRMED** and this action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).


                                                                <u>/s/ Gregory L. Frost</u>
                                                                    Gregory L. Frost
                                                          United States District Judge